Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
LAW OFFICES OF LARRY D. SIMONS
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorney for Plaintiff
Larry D. Simons, Chapter 7 Trustee

**FILED & ENTERED**

**NOV 19 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch  **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MAGDALENA SOLEDAD MENDOZA,<br><br>Debtor. | Case No. 6:20-bk-11045-WJ<br><br>CHAPTER 7<br><br>Adv. Case No. 6:21-ap-01088-WJ |
| LARRY D. SIMONS, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MARTINEZ, an individual,<br><br>Defendant. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ANTHONY MARTINEZ**<br><br>Hearing:<br>Date:  November 18, 2021<br>Time:  1:30 p.m.<br>Crtrm.: 304 |

1   The plaintiff Larry D. Simons, the chapter 7 trustee for the bankruptcy estate of Magdalena Soledad Mendoza, filed a motion against the defendant Anthony Martinez for entry of default judgment [docket #10].  The plaintiff provided notice of the motion and set a hearing for November 18, 2021 at 1:30 p.m.  No one filed any response to the motion and, therefore, the Court posted a final ruling granting the motion and excusing appearances at the hearing.  No one appeared at the hearing.

The Court having read and considered the motion, and good cause appearing, hereby ORDERS as follows:

1.   The motion is granted.

IT IS SO ORDERED.

Date: November 19, 2021

_____
Wayne Johnson
United States Bankruptcy Judge