Frank X. Ruggier, CLS-B (CA Bar No. 198863)
*frank@lsimonslaw.com*
LAW OFFICES OF LARRY D. SIMONS
15545 Devonshire Street, Suite 110
Mission Hills, California 91345
Telephone: 818.672.1778
Facsimile: 626.389.5607

Attorney for Plaintiff
Larry D. Simons, Chapter 7 Trustee

**FILED & ENTERED**

**NOV 19 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:20-bk-11045-WJ |
| MAGDALENA SOLEDAD MENDOZA, | CHAPTER 7 |
| Debtor. | Adv. Case No. 6:21-ap-01088-WJ |
| | **DEFAULT JUDGMENT AGAINST DEFENDANT ANTHONY MARTINEZ** |
| LARRY D. SIMONS, Chapter 7 Trustee, | |
| Plaintiff, | Hearing: |
| v. | Date:   November 18, 2021 |
| ANTHONY MARTINEZ, an individual, | Time:   1:30 p.m. |
| Defendant. | Crtrm.: 304 |

　　　The Court has reviewed the motion for entry of default judgment seeking the avoidance and recovery of preferential payments made by the debtor to the defendant pursuant to 11 U.S.C. §§ 547 and 550 pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1 filed by the plaintiff Larry D. Simons, the chapter 7 trustee for the bankruptcy estate of Magdalena Soledad Mendoza, against the defendant Anthony Martinez [docket number 10] ("Motion").  The plaintiff provided notice of the Motion and set a hearing for November 18, 2021 at

1:30 p.m.  No one filed any response to the Motion and, therefore, the Court posted a final ruling granting the Motion and excusing appearances at the hearing.  No one appeared at the hearing.

The Court having read and considered the Motion, and all pleadings on file, and good cause appearing, hereby ORDERS as follows:

1. The trustee is awarded judgment against defendant Anthony Martinez

2. Payments made by the debtor to the defendant in the aggregate amount of $5,600 are hereby avoided pursuant to 11 U.S.C. § 547(b), and recovered for the benefit of the debtor's estate pursuant to 11 U.S.C. § 550.

3. Any claims of the defendant against the debtor's estate are disallowed pursuant to 11 U.S.C. § 502(d).

4. The trustee is awarded judgment against the defendant in the amount of $5,600.

5. The trustee shall recover post-judgment interest from the defendant from the date of entry hereof until paid in full at the rate provided under 28 U.S.C. § 1961; and

6. The trustee is awarded his costs in the amount of $350.

Date: November 19, 2021

Wayne Johnson
United States Bankruptcy Judge